**Order entered November 21, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-22-00844-CR**
**No. 05-22-00850-CR**
**No. 05-22-00851-CR**
**No. 05-22-00877-CR**

**ENRIQUE GERARDO ESQUIVEL-MESEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-83448-2021,**
**199-83449-2021, 199-83450-2021 & 199-83451-2021**

**ORDER**

Before the Court is the November 17, 2022 second request of court reporter Robyn M. Rodriguez for an extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **December 19, 2022**.

We caution Ms. Rodriguez that further requests to extend the time to file the reporter's record will be disfavored.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE